UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
MARVIN ANTHONY SMITH,

                Petitioner,                              **MEMORANDUM & ORDER**
                                                                    05-CV-1243 (NGG)

- against -

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

By Memorandum and Order dated July 16, 2008, the court advised Petitioner Marvin Anthony Smith ("Petitioner") that his motion pursuant to 28 U.S.C. § 2255 would be dismissed after thirty days unless he demonstrated that his release and deportation did not render his motion moot. No response having been received from Petitioner within the alloted time, the motion is therefore dismissed as moot. The Clerk of Court is directed to close this case. No certificate of appealability shall issue.

SO ORDERED

Date: August 25, 2008
      Brooklyn, N.Y.

                                              s/Nicholas G. Garaufis
                                              _____
                                              NICHOLAS G. GARAUFIS
                                              United States District Judge